**NOTE CHANGES MADE BY THE COURT**
**JS-6**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOFTWAVE TISSUE REGENERATION TECHNOLOGIES, LLC, an Ohio limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MOON POOL, LLC, d/b/a LAUNCH MEDICAL, a California limited liability company, THE WOLFF CLINIC d/b/a THE NOVUS ANTI-AGING CENTER, a California corporation,<br><br>Defendants. | **Case No. 2:25-cv-08484-MCS-MA**<br><br>**ORDER GRANTING STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION (ECF No. 36)** |

WHEREAS, the Court has received and considered the Stipulated Consent Judgment and Permanent Injunction (the "Consent Judgment") agreed to by and between Plaintiff SoftWave Tissue Regeneration Technologies, LLC ("TRT" or "Plaintiff") and Defendant Wolff Clinic d/b/a The Novus Anti-Aging Center ("Wolff" or "Defendant") pursuant to the Parties' confidential Settlement Agreement (the "Settlement Agreement"),

IT IS HEREBY ORDERED THAT:

1. Wolff, and each of its officers, directors, employees, successors, and anyone acting on the behalf of Wolff are permanently enjoined until expiration the Asserted Patents from (i) making, using, offering to sell, selling, or importing Accused Products into the United States, and (ii) participating in the profits from making, using, offering to sell, selling, or importing the Accused Products in the United States, and (iii) indemnifying others with respect to any making, using, offering to sell, selling, or importing the Accused Products in the United States.

2. This Court will retain jurisdiction to enforce this Stipulated Consent Judgment and Injunction ~~and the parties' related agreements resolving this matter~~. **The Court declines jurisdiction over enforcement of any attendant settlement agreements. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994); *Ogbuehi v. Comcast of Cal./Colo./Fla./Or., Inc.*, 303 F.R.D. 337, 351 (E.D. Cal. 2014).**

3. The Clerk of Court is directed to enter the Stipulated Consent Judgment and Permanent Injunction.

SO ORDERED:

Dated: July 15, 2026

Mark C. Scarsi

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE